IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., A CALIFORNIA CORPORATION<br><br>Plaintiff/Petitioner<br><br>VS.<br><br>BEHAD, INC. DBA CLUTCH<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>1:08-CV-00390<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the 20th day of March, 2008, at 2:25 PM, at the address of Clutch, 1340 WISCONSIN Avenue NW, WASHINGTON, Dist of Columbia County, DC 20007; this affiant served the above described documents upon BEHAD, INC. DBA CLUTCH, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Esmail Bahrami, REGISTERED AGENT, A Middle Eastern male approx. 55-65 years of age 5'6"-5'8" in height weighing 140-160 lbs with gray hair.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 20th day of March, 2008.

_____
Eddie W. Null, Sr.


SUBSCRIBED AND SWORN to before me this 20th day of March, 2008

_____
NOTARY PUBLIC in and for the State of Virginia
Residing at: Spotsylvania, Va
My Commission Expires: June 30, 2010

FOR: Gaffigan, Stephen M (PFI)    ORIGINAL PROOF OF SERVICE    Tracking #: 5251973 SEA
REF: LRG V. BEHAD, INC.



 Kimberly Ann Konias
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7079694
My Commission Expires
June 30, 2010

