# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BEHDAD, INC. d/b/a CLUTCH, ) <br> ) <br> Defendants. ) | Civil Action No. 1:08-cv-00390-CKK |

## REQUEST FOR CLERK'S DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, Lifted Research Group, Inc. ("LRG"), by and through its undersigned counsel, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Behdad, Inc., a District of Columbia corporation, d/b/a Clutch ("Behdad") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A). Plaintiff served the Complaint on this Defendant on March 20, 2008. (Grandinetti Affidavit, submitted herewith, ¶ 2) To date, Behdad has failed to plead or otherwise defend this action. (Grandinetti Affidavit ¶ 4).

WHEREFORE, Plaintiff, LRG requests that a default be entered against Defendant, Behdad, Inc. d/b/a Clutch.

DATED this 15th day of May, 2008.    Respectfully submitted,

                                              LEVY & GRANDINETTI
                                              Counsel for Plaintiff
                                              South Tower, Suite 750
                                              1120 Twentieth Street, N.W.
                                              Washington, D.C. 20036
                                              Telephone (202) 429-4560
                                              Facsimile (202) 429-4564

                                              By:  /s/ Paul Grandinetti
                                                     Paul Grandinetti

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **REQUEST FOR ENTRY OF CLERK'S DEFAULT** was served this date by first class mail and express mail, postage prepaid, on Defendant's business address as follows:

>Behdad, Inc. d/b/a Clutch
>1340 Wisconsin Avenue, N.W.
>Washington, D.C. 20007-3310

| | |
|---|---|
| _15 May 2008_ | _/s/ Paul Grandinetti_ |
| Date | Paul Grandinetti |

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BEHDAD, INC. d/b/a CLUTCH, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:08-cv-00390-CKK |

**AFFIDAIVIT IN SUPPORT OF DEFAULT**

1. I, Paul Grandinetti, am the attorney of record in the above-entitled case.

2. The Defendant, Behdad, Inc. d/b/a Clutch was personally served with process by serving its Registered Agent, Esmail Behrami on March 20, 2008. (Docket Entry 3).

3. The time within which the Defendant may respond to the Complaint expired on April 9, 2008.

4. No appearance has been entered by the Defendant and Plaintiff has not been served with any valid response to the Complaint nor has Plaintiff been served with any request for additional time within which to respond, nor has the deadline by extended by this Court.

I certify under penalty of perjury that the foregoing statements made by me are true.
DATED this 15th day of May, 2008.

          /s/ Paul Grandinetti
Paul Grandinetti
D.C. Bar No. 384,996
Counsel for Plaintiff

LEVY & GRANDINETTI
South Tower, Suite 750
1120 Twentieth Street, N.W.
Washington, D.C. 20036
Telephone (202) 429-4560
Facsimile (202) 429-4564