UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEHDAD, INC., *et al.*, <br><br> Defendants. | Civil Action No. 08-390 (CKK) |

**ORDER**
(June 18, 2008)

The Complaint in this case was filed on March 4, 2008. Defendant Behdad, Inc. was served on April 15, 2008; however, no response to the Complaint has been filed. On May 16, 2008, upon motion by Plaintiff, the Clerk of Court entered a default against Defendant Behdad, Inc. Since that time, Plaintiff has not taken any additional measures to prosecute this case. In addition, the docket in this case does not reflect any efforts on Plaintiff's part to identify or serve the Defendants named only as "Does 1-10" in the Complaint. The Court notes, however, that pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Therefore, it is this 18th day of June, 2008, hereby,

**ORDERED** that on or before July 7, 2008, Plaintiff shall move for default judgment, or the court shall dismiss this case without prejudice for want of prosecution; it is further

**ORDERED** that Plaintiff is required to identify and serve Does 1-10 on or before July 2,

2008, i.e., within 120 days of the filing of the March 4, 2008 Complaint in this action. If no proof of service, or explanation as to why Does 1-10 have not been served, has been filed on the docket in this case by July 3, 2008, the Court shall dismiss Does 1-10 as Defendants in this action.

**SO ORDERED.**

                                                            /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge